NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEFA VALDIVIA, )
)
      Appellant, )
)
v. )    Case No. 2D17-1374
)
TARGET CORPORATION, d/b/a TARGET, )
a Foreign Corporation, )
)
      Appellee. )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Lee
County; John E. Duryea, Jr., Judge.

Carlos D. Cabrera of Law Office of Carlos D.
Cabrera, LLC, Hollywood, for Appellant.

Hinda Klein of Conroy Simberg, Hollywood,
for Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.